# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BAYVIEW LOAN SERVICING, L.L.C.

NO.  2021 CW 1226

VERSUS

SEDRIC MORRIS WILSON AND SEVETRI MONIQUE WILSON

**DECEMBER 30, 2021**

---

In Re:    Sedric Morris Wilson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2020-0002076.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.** The portion of the district court's April 27, 2021 judgment that denied the motion to withdraw matters deemed admitted is vacated. This matter is remanded to the 21st Judicial District Court to make determinations on whether presentation of the merits will be subserved by allowing withdrawal and whether plaintiff will be prejudiced in maintaining its action by such withdrawal. La. Code Civ. P. art. 1468.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT